1002 

No. 92–680. WOERNER v. BRUNT. Sup. Ct. N. J. Certiorari denied.

No. 92–698. BAGLEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 92–703. MACDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–716. KAMIL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–721. SEARS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 92–729. DOHERTY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 92–5033. FETTERLY v. IDAHO. Sup. Ct. Idaho. Certiorari denied. 

No. 92–5061. WEBB v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–5470. JOHNSON v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5485. PEREZ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 92–5505. DEAN v. SMITH ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5529. SYROVATKA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 92–5542. HUDSON v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 92–5593. RAGOSTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 92–5692. JENKINS v. WISCONSIN. Ct. App. Wis. Certiorari denied. 

No. 92–5700. MEZA-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.